ERIC GRANT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorney for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINWOOD HOSEA GORDON,<br><br>Debtor.<br><br>FORT BRAGG FEDERAL CREDIT UNION,<br><br>Garnishee. | Case No. 2:26MC00005-DAD-SCR<br><br>**STIPULATION RE: WRIT OF CONTINUING GARNISHMENT; [~~PROPOSED~~] FINAL GARNISHMENT ORDER**<br><br>Criminal Case No. 2:21CR00197-DJC |

The United States of America and debtor Linwood Hosea Gordon (the "Parties") hereby stipulate to the final resolution of this continuing garnishment action as follows:

**RECITALS**

1. On January 7, 2026, the United States filed an Application for Writ of Continuing Garnishment of property located at garnishee Fort Bragg Federal Credit Union ("Garnishee"), in which Linwood Hosea Gordon has an interest. ECF No. 1.

2. Gordon acknowledges and understands that the Federal Debt Collection Procedures Act ("FDCPA") affords him certain rights in a garnishment action. He waives these rights, including service of the writ of garnishment pursuant to 28 U.S.C. § 3205(c)(3); notice of and the right to claim

exemptions and request a hearing as provided in 28 U.S.C. §§ 3202 and 3205(c)(5); and to any other process to which he may be entitled under the FDCPA.

3.    The United States seeks to garnish $11,856.24 to satisfy Gordon's outstanding criminal monetary penalties.  This amount includes restitution of $3,949.75, a $7,500 fine, and $406.49 in accrued interest as of the date of this filing.  The United States also seeks a statutorily authorized litigation surcharge of $1,179.17 pursuant to 28 U.S.C. § 3011(a).

4.    Garnishee filed an answer to this action, and stated that, as of March 9, 2026, it held $5,091.06 in an account ending in 3435.  ECF 6.  Garnishee has informed the United States that Gordon currently has $12,970.83 in his checking account as of the date of this stipulation.

5.    The Parties have agreed to resolve this garnishment action as set forth below.

**STIPULATION**

The Parties hereby stipulate and agree as follows:

A.    The Parties consent to entry of an order approving this Stipulation by a United States Magistrate Judge;

B.    That Garnishee, Fort Bragg, should be ordered to turn over $11,449.75 within 14 days of approval of this stipulation;

C.    In exchange for the full payment of $11,449.75, the United States agrees to waive the litigation surcharge of $1,179.17 and all accrued interest;

D.    That, upon verification of receipt of the funds by the clerk of the court, the United States will move to terminate the writ and release all remaining funds held pursuant to this writ.

Dated:  May 4, 2026                                      ERIC GRANT
                                                        United States Attorney

                                                 By:    /s/ *Lynn Trinka Ernce*
                                                        LYNN TRINKA ERNCE
                                                        Assistant United States Attorney

Dated:  May 5, 2026                              By:    /s/ Linwood H. Gordon
                                                        LINWOOD HOSEA GORDON
                                                        Debtor

Dated:  May 6, 2026                              By:    s/ Etan Zaitsu
                                                        ETAN ZAITSU, Attorney for Debtor

2

STIPULATION FOR WRIT OF CONTINUING GARNISHMENT;
[PROPOSED] FINAL GARNISHMENT ORDER

### FINAL GARNISHMENT ORDER

The Court, having reviewed its files and the foregoing Stipulation, and good cause appearing therefrom,

IT IS HEREBY ORDERED that:

A.    The Stipulation is APPROVED and the Parties' request for a final garnishment order is GRANTED;

B.    Garnishee Fort Bragg Federal Credit Union is ordered to turn over $11,449.75 within 14 days of approval of this Stipulation.  Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court," and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (2:21CR00197-DJC) shall be stated on the payment instrument;

C.    Upon verification of receipt of the funds by the clerk of the court, the United States will move to terminate the writ and release all remaining funds held pursuant to this writ;

D.    Each party shall bear their own costs; and

E.    The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

IT IS SO ORDERED.

Dated: May 6, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE